William A. Fuhrman (ISB 2932)
JONES ♦ GLEDHILL ♦ FUHRMAN ♦ GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho  83701
Telephone:  208-331-1170
Facsimile:  208-331-1529
Email: *bfuhrman@idalaw.com*

Attorneys for Defendant Bristol-Myers Squibb Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KARL M. PERSONS,<br><br>    Plaintiff,<br><br>vs.<br><br>E. R. SQUIBB & SONS, LLC, d/b/a Bristol-Myers Squibb Pharmaceutical Group, a New Jersey Corporation, and John and Jane Does I through X, whose true identities are presently unknown,<br><br>    Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

The Defendant, Bristol-Myers Squibb Company, incorrectly identified in the complaint as E. R. Squibb & Sons, LLC, dba Bristol-Myers Squibb Pharmaceutical Group, respectfully alleges as follows:

    1.   This notice of removal is filed pursuant to 28 U.S.C. §1446(a) for the purpose of removing this action from the Fourth Judicial District of the State of Idaho, in and for the County of Ada.

2. On April 4, 2018, Defendant received notice of this action when the Summons and a copy of the Complaint were received by it, true and correct copies of which are attached hereto as **Exhibit A**. This action was brought in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, styled and captioned exactly as above, and assigned Case No. CV01-17-18452.

3. Case No. CV01-17-18452 is a civil action in which Plaintiff seeks to recover against Defendant for alleged products liability and related causes of action for an adverse drug reaction causing severe pancreatitis, hospitalization and near death.

4. Defendant is informed and believes, and on that basis alleges, that Plaintiff is, and at all relevant times has been, a citizen of and domiciled in the State of Idaho.

5. Defendant is a corporation incorporated in the state of Delaware and has its principal place of business in the state of New York. For the purpose of removal, and pursuant to 28 U.S.C. § 1332(c), Defendant is not a citizen of the State of Idaho.

6. The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs in that plaintiff is seeking to recover, among other things, damages in excess of that amount, arising out of the adverse drug reaction including special and economic damages. Pursuant to Idaho law, Plaintiff was not permitted to plead an alleged damage amount. Idaho Code § 6-1408. Therefore, the undersigned contacted Plaintiff's counsel personally, and he confirmed that he is seeking in excess of $75,000.00 for his client's injury and damages.

7. Pursuant to 28 U.S.C. §1332(a), the federal district courts have jurisdiction of a civil action where the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

8. Pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1441(b), this state court action may be removed to federal district court, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and there was at the time this action was filed, and there is now, diversity of citizenship between Plaintiff and Defendant.

9. As of this date, no returns of service have been filed with the Fourth Judicial District, Ada County, Idaho.

10. Pursuant to 28 U.S.C. §1446(a), (b) and (d), this state court action which was commenced in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, may be removed to the United States District Court for the District of Idaho.

11. Proper notice will be given this date to Plaintiff herein, by and through his counsel of record, and to the Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, which will be filed with the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County; a true and correct copy of the notice is attached hereto as **Exhibit B** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Defendant prays that the above entitled action pending against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, be removed to this Court.

DATED this 20th day of April, 2018.

JONES ♦ GLEDHILL ♦ FUHRMAN ♦ GOURLEY, P.A.

By:   /s/ William A. Fuhrman
      William A. Fuhrman, Of the Firm
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of April, 2018, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

| | | |
|---|---|---|
| Jason R.N. Monteleone | [ ] | U.S. Mail, postage prepaid |
| JOHNSON & MONTELEONE | [ ] | Hand-delivered |
| 350 N. 9th St., Ste. 500 | [ ] | Facsimile *(208) 947-2424* |
| Boise, ID 83702 | [X] | Email *jason@treasurevalleylawyers.com* |

                                               /s/ William A. Fuhrman
                                               William A. Fuhrman