UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **KARL M. PERSONS**, <br><br> Plaintiff, <br><br> vs. <br><br> **BRISTOL-MYERS SQUIBB COMPANY**, <br><br> Defendant. | Case No.: 1:18-cv-00178-REB <br><br> **ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 18), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay his/its own attorneys' fees and costs. The Clerk's Office is directed to close the case.

DATED: July 30, 2018

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL**